05-14693

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| TRACY LYNN AUTRY, by and through her next friend and Mother, CAROL HOOD ) ) ) | |
| PLAINTIFF ) | |
| V. ) | No. 1-05-1213 – T An |
| PHIL HOOKER, TEACHER AT THE MILAN HIGH SCHOOL; JAMES TOWATER IN HIS OFFICIAL CAPACITY AS DIRECTOR OF SCHOOLS OF MILAN SPECIAL SCHOOL DISTRICT; TIM WARREN AS PRINCIPAL OF THE MILAN HIGH SCHOOL IN THE MILAN SPECIAL SCHOOL DISTRICT; JERRY JOHNSON, FEDERAL RIGHTS COORDINATOR OF THE MILAN SPECIAL SCHOOL DISTRICT; BOARD OF DIRECTORS OF MILAN SPECIAL SCHOOL DISTRICT, ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| DEFENDANTS. ) | |

## ORDER GRANTING MOTION AND MEMORANDUM FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

The Court, having reviewed the Defendants' Motion and Memorandum for an Extension of Time to File Responsive Pleading, along with the supporting Consultation of Counsel, hereby determines that the Motion is granted.

Accordingly, the Defendants have until August 29, 2005, to file a responsive pleading to the Complaint filed by the Plaintiffs.

Entered this 10th date of August, 2005.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on  8/11/05

S. Thomas Anderson USMJ
JUDGE

APPROVED FOR ENTRY:

WALDROP & HALL, P.A.

Charles M. Purcell, #012461
Jennifer K. Craig (#20036)
Attorneys for Defendants
106 South Liberty Street
Jackson, TN 38301
731-424-6211

## CERTIFICATE OF SERVICE

This is to certify that I served a copy of this pleading or papers in person or by mail upon each attorney or firm of attorneys appearing of record for each adverse party on or before the filing date thereof.

DATE: This the 29th day of July, 2005.

WALDROP & HALL, P.A.

By: Jennifer K. Craig

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 1:05-CV-01213 was distributed by fax, mail, or direct printing on August 11, 2005 to the parties listed.

---

Janice Jones
CIRCUIT COURT, 28TH JUDICIAL DISTRICT
Gibson County Courthouse
Trenton, TN 38382

Sam J. Watridge
LAW OFFICE OF SAM J. WATRIDGE
1215 Main Street
Humboldt, TN 38343

Charles M. Purcell
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

Jennifer Craig
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

Honorable James Todd
US DISTRICT COURT