# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division



## JUDGMENT IN A CIVIL CASE

TRACY LYNN AUTRY by and
through her next friend and mother,
CAROL HOOD,
v.

PHIL HOOKER, etal.,                          CASE NUMBER: 1:05-1213-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 8/19/2005, Plaintiff's Motion to remand is GRANTED and this action is hereby REMANDED to the Circuit Court of Gibson County, Tennessee.

APPROVED:

/s/ James D. Todd
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

                                                    THOMAS M. GOULD
                                                    CLERK

8/22/05                              BY:   C. Head
DATE                                       DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8/22/05.



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 1:05-CV-01213 was distributed by fax, mail, or direct printing on August 22, 2005 to the parties listed.

---

Jennifer Craig
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

Sam J. Watridge
LAW OFFICE OF SAM J. WATRIDGE
1215 Main Street
Humboldt, TN 38343

Charles M. Purcell
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

Janice Jones
CIRCUIT COURT, 28TH JUDICIAL DISTRICT
Gibson County Courthouse
Trenton, TN 38382

Honorable James Todd
US DISTRICT COURT